A. S. SIRACUSA SONS, INCORPORATED, PLAINTIFF, v. BENJAMIN F. BARD, DEFENDANT.

Decided November 23, 1931.

For the motion, *Furman A. DeMaris, Jr.*

*Contra, Anthony J. Siracusa.*

Sooy, J. The motion to strike the complaint is denied. This conclusion is reached under the authority of *Pfeiffer* v. *Crossley,* 91 *N. J. L.* 433, and the cases therein cited.

IN THE MATTER OF THE COMPLAINT AGAINST MORRIS M. APPEL, AN ATTORNEY-AT-LAW OF THE STATE OF NEW JERSEY.

Argued October 6, 1931—Decided November 23, 1931.

Before Justices TRENCHARD, DALY and DONGES.

For the motion, *Joseph L. Smith.*

PER CURIAM.

The order of the court is that Morris M. Appel be suspended from practice as an attorney-at-law until the further order of this court.